IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY,

    Plaintiff,                                No. CIV S-10-2730 GEB KJM PS

    vs.

VEOLIA TRANSPORT, INC,

    Defendant.                              <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se.  Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by Local Rule 72-302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's request to proceed in forma pauperis is granted.

        2. Plaintiff shall obtain one USM-285 form for defendant Veolia Transport, Inc., one summons and an instruction sheet.  Blank USM-285 forms, blank summons, and instruction sheets are available in the office of the Clerk of the Court.

/////

3.  Within twenty eight days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. One completed summons for defendant Veolia Transport, Inc.;

    b. One completed USM-285 form for defendant Veolia Transport, Inc.; and

    c. Two copies of the endorsed complaint filed October 8, 2010.

4.  Plaintiff need not attempt service on defendant and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the defendant pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

5.  Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: October 18, 2010.

_____
U.S. MAGISTRATE JUDGE

006
portnoy.ifp-usm

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY,

       Plaintiff,                      No. CIV S-10-2730 GEB KJM PS

   vs.

VEOLIA TRANSPORT, INC,

       Defendant.               NOTICE OF SUBMISSION

                                     OF DOCUMENTS

_____ /

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

          _____ completed summons form

          _____ completed USM-285 form

          _____ copies of the Complaint

DATED:

                                                        _____
                                                        Plaintiff