# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIE PORTNOY,<br><br>            Plaintiff,<br><br>      v.<br><br>VEOLIA TRANSPORTATION SERVICES, INC,<br><br>            Defendant. | NO.: 2:10-cv-02730-GRB-KJM<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CORRECT DEFENDANT'S NAME** |

   IT IS ORDERED that Defendant Veolia Transportation Services, Inc.'s motion to correct Defendant's name from "Veolia Transport, Inc." to "Veolia Transportation Services, Inc." is granted.

DATED this 17th day of December, 2010.

_____
U.S. MAGISTRATE JUDGE