IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY,

    Plaintiff,                      No. CIV S-10-2730 GEB DAD (TEMP) PS

    vs.

VEOLIA TRANSPORTATION         <u>ORDER</u>
SERVICES, INC.,

    Defendant.
_____/

        Plaintiff is proceeding pro se and in forma pauperis in this action. On October 18, 2010, the court directed plaintiff to submit a USM-285 form so that the United States Marshal could serve process upon the defendant in this case without prepayment of costs. The form was submitted to the United States Marshal on October 21, 2010. However, on December 15, 2010, defendant appeared in this action and filed an answer. Indeed, a status conference was held in this action before the undersigned on February 18, 2011. Thereafter, a scheduling order issued in which the court noted that service of process had been completed. (Doc. No. 24 at 2:5.)

        It appears that the United States Marshal did not attempt personal service until June 28, 2011, long after defendant had appeared and filed an answer to the complaint and the scheduling order had issued. Clearly, there was a mis-communication regarding the continued

1

necessity for effecting service of process on the defendant. In any event, the Marshal now seeks reimbursement for the costs for service. Under these unique circumstances, where the court's docket reflects that personal service was unnecessary by the time the Marshal effected personal service, that request will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The request for reimbursement (Doc. No. 32) is denied.

2. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal.

DATED: July 14, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

JMM
portnoy.mar