IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY,

        Plaintiff,                    No. CIV S-10-2730 GEB CKD PS

    vs.

VEOLIA TRANSPORTATION
SERVICES, INC.,

        Defendant.               ORDER

        Calendared for hearing on January 4, 2012 is defendant's motion for attorney's fees. Plaintiff has filed an appeal in this action. This court retains jurisdiction over collateral matters, such as the motions for attorney's fees, pending appeal. However, if plaintiff prevails on appeal, an award of fees under Title VII and the California Fair Employment and Housing Act would not be warranted.

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

1

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing date of January 4, 2012 on defendant's motion is vacated; and

2. Defendant's motion for attorney's fees is denied without prejudice to its renewal after resolution of the appeal.

Dated: December 1, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 portnoy.fee.vac